Entered on Docket
February 23, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 20, 2009

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | Barbara Matthews (SBN 195084)<br>Assistant U.S. Trustee |
| 2 | Margaret H. McGee (SBN 142722)<br>Trial Attorney |
| 3 | U.S. Department of Justice<br>Office of the United States Trustee |
| 4 | 1301 Clay Street, Suite 690N<br>Oakland, California 94612-5231 |
| 6 | Attorneys for Acting United States Trustee,<br>Region 17, Sara Kistler |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re:

GREGORY F. GRIFFIN

                    .
                     Debtor(s).

Case No. 08-42426 LT11

Chapter 11

Time:   February 2, 2009
Date:   2:00 p.m.
Courtroom:   1300 Clay St., 2nd Fl.
                       Oakland, Ca. 94612

ORDER CONVERTING CASE TO ONE UNDER CHAPTER 7

Whereas, after notice and a hearing, upon the motion by the United States Trustee, and it having been established that good cause exists for the conversion of the above-captioned case; now, it is hereby

ORDERED that this case is **CONVERTED** to a case under Chapter 7; and it is further

ORDERED that Debtor(s) and Debtor(s)' attorney shall:

a.  forthwith turn over to the chapter 7 trustee all records and property of the estate under their possession or control as required by Federal Rule of Bankruptcy Procedure ("FRBP") 1019(4);

b.  within 15 days of the date of this order, file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim, as required by FRBP 1019(5)(A)(i);

c.  within 30 days of the date of this order, file a final report and account of all receipts and distributions made, as required by FRBP 1019(5)(A)(ii); and

1       d.      within 30 days of the date of this order, file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. Section 521(2)(A) and FRBP 1007(b)(2) and 1019(1)(B), and conforming to Official Form 8; and it is further

ORDERED that Debtor(s) and Debtor(s)' attorney shall, within 15 days of the date of this order, file the statements and schedules required by FRBP 1019(1)(A) and 1007(b), if such documents have not already been filed; and it is further

ORDERED that the Debtor(s) shall appear and submit to examination under oath at the meeting of creditors in this chapter 7 case.

The interim trustee selected by the appointment process instituted by the United States Trustee is Tevis Thompson, who is to serve under the blanket bond in place in this District.

\*\*\*\*\*\*\*\*\*END OF ORDER\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| 1 | |
| 2 | COURT'S SERVICE LIST |
| 3 | |
| 4 | Office of the U.S. Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, Ca. 94612 |
| 5 | |
| 6 | Scott R. Lovernick<br>Schwartz & Cera LLP<br>44 Montgomery Street, Suite 3850 |
| 7 | San Francisco, CA 94104 |
| 8 | Marlene Weinstein<br>1111 Civic Drive, Suite 380 |
| 9 | Walnut creek, CA. 94596 |
| 10 | C. Randall Bupp<br>Bardellini, Straw, Cavin & Bupp, LLP |
| 11 | 2000 Crow Canyon Place, Suite 330<br>San Ramon, CA. 94583 |
| 12 | |
| 13 | Jeffrey Goodrich<br>Goodrich & Associates<br>33 Bon Air Ctr #335 |
| 14 | Greenbrae, CA 94904 |