1  BARBARA A. MATTHEWS
   Assistant U.S. Trustee (SBN 195084)
2  MARGARET H. McGEE, Trial Attorney (SBN 142722)
   UNITED STATES DEPARTMENT OF JUSTICE
3  Office of the United States Trustee
   1301 Clay Street, Suite 690-N
4  Oakland, California 94612-5231
   Telephone:    (510) 6373200
5

6  Attorneys for Acting United States Trustee,
   Sara L. Kistler
7

UNITED STATES BANKRUPTCY COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

| In re | Case No.:    08-42426 LT 7 |
|-------|----------------------------|
| GREGORY F. GRIFFIN | Chapter    7 |
| Debtor(s) | Date: no hearing set<br>Time:<br>Courtroom: |

11

12

13

14

15

16

### STIPULATION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE

17

This Stipulation between Gregory F. Griffin ("Debtor"), and the Acting United States

18

Trustee, Sara L. Kistler ("UST"), by and through their respective counsel, subject to approval by

19

the Bankruptcy Court, is made with reference to the following facts:

20

### FACTS

21

1.    The Debtor commenced his chapter 11 case on May 15, 2008. The case was converted to

22

a chapter 7, on motion by the U.S. Trustee, on February 20, 2009. A meeting of creditors

23

was conducted on March 18, 2009 and continued to March 25, 2009, at which time, the

24

Debtor testified. The Debtors' petition, schedules, and statement of financial affairs,

25

amended schedules and statement of financial affairs, and his testimony at his meeting of

26

creditors, raised questions regarding the Debtor's veracity.

27

2.    The Acting U.S. Trustee examined the Debtor pursuant to an order authorizing a rule

28

MTN TO EXTEND DEADLINES 08-42426 LK                                              1

| | |
|---|---|
| 1 | 2004 examination on May 15, 2009. The Debtor produced some, but not all, of the |
| 2 | documents requested by the Acting U.S. Trustee. |
| 3 | 3. Many documents of the Debtor's businesses were located in storage facilities which fees |
| 4 | had not been paid for months. UST was able to gain access to these documents only after |
| 5 | repeated attempts. The Acting U.S. Trustee obtained the documents between May 29 and |
| 6 | June 12, 2009. The Acting U.S. Trustee obtained approximately 20 boxes of documents, |
| 7 | many of which have not yet been bate stamped or reviewed. |
| 8 | 4. The Acting U.S. Trustee needs to complete the review of documents she has in her |
| 9 | possession as well as obtain the documents from the Debtor not yet produced in order to |
| 10 | determine if an objection to discharge is appropriate in this case. |
| 11 | 5. Fed. R. Bankr. P. 1017(e)(1) and 4004(a) provide that the UST may make a motion to |
| 12 | dismiss a chapter 7 case for substantial abuse or file a complaint objecting to a debtor's |
| 13 | discharge not later than 60 days following the first date set for the meeting of creditors |
| 14 | unless, before such time has expired, the Court extends the time for filing the motion. |
| 15 | 6. The first date set for the meeting of creditors in this case was March 18, 2009. The |
| 16 | Acting U.S. Trustee previously moved for, and obtained, an order extending the deadline |
| 17 | to file a complaint objecting to the Debtor's discharge to August 16, 2009. The U.S. |
| 18 | Trustee and the Debtor, through counsel, agree to an additional extension of sixty days, in |
| 19 | order for the Acting U.S. Trustee to complete her review of the case. |
| 20 | **TERMS** |
| 21 | WHEREFORE, in light of the foregoing, the Debtor and the Acting U.S. Trustee agree, as |
| 22 | follows: |
| 23 | A. The facts recited at paragraphs 1 through 6 above are incorporated herein by this |
| 24 | reference. |
| 25 | B. The deadline for the filing of objections to the discharge of the Debtor under 11 |
| 26 | U.S.C. section 727 is extended to October 15, 2009. |
| 27 | |
| 28 | |

MTN TO EXTEND DEADLINES 08-42426 LK        2

1

2   Dated: July 29, 2009

3

4

5

6

7

8

9   Dated: July 24, 2009

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sara L. Kistler, Acting U.S. Trustee
Barbara Matthews, Assistant U.S. Trustee
Respectfully Submitted,

By:    _Maggie McGee_ (signature)

Maggie McGee
Trial Attorney
Attorneys for Acting United States Trustee,
Sara L. Kistler

— and —

Bardellini, Straw, Cavin and Bupp
Respectfully submitted,

By:    (signature)

C. Randall Bupp
Attorneys for Debtor

MTN TO EXTEND DEADLINES 08-42426 LK                                    3