**Entered on Docket**
**August 05, 2009**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



1  BARBARA A. MATTHEWS
   Assistant U.S. Trustee (SBN 195084)
2  MARGARET H. McGEE, Trial Attorney (SBN 142722)
   UNITED STATES DEPARTMENT OF JUSTICE
3  Office of the United States Trustee
   1301 Clay Street, Suite 690-N
4  Oakland, California 94612-5231
   Telephone:    (510) 6373200
5
6  Attorneys for Acting United States Trustee,
   Sara L. Kistler
7

**Signed: August 05, 2009**

_Leslie Tchaikovsky_
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 In re                              Case No.:      08-42426 LT 7

12 GREGORY F. GRIFFIN                  Chapter        7

13                                     Date: no hearing set
                                       Time:
14                 Debtor(s)           Courtroom:

15

16

17 **ORDER EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

18        Upon the stipulation entered into by and between Sara L. Kistler, the Acting United States

19 Trustee and Gregory F. Griffin (the "Debtor") by and through his counsel, C. Randall Bupp of

20 Bardellini, Straw, Cavin and Bupp, for an order extending time to file a complaint objecting to

21 Debtor's discharge, and good cause appearing, IT IS HEREBY

22 ORDERED THAT:

23        1.      The stipulation is approved; and

24        2.      The United States Trustee may have an extension of up to sixty additional days in

25                which to file a complaint objecting to the Debtor's discharge or until October 16

26                2009.

27        Approved as to form:        /s/ C. Randall Bupp

28                **************END OF ORDER***********

Order Extending Deadlines 08-42426 LK                                              1

1

2                          COURT'S SERVICE LIST

3

4   Office of the U.S. Trustee
    1301 Clay Street, Suite 690N
5   Oakland, CA. 94612

6
    Scott R. Lovernick
7   Schwartz & Cera LLP
    44 Montgomery Street, Suite 3850
8   San Francisco, CA 94104

9   Marlene Weinstein
    1111 Civic Drive, Suite 380
10  Walnut creek, CA. 94596

11  C. Randall Bupp
    Bardellini, Straw, Cavin & Bupp, LLP
12  2000 Crow Canyon Place, Suite 330
    San Ramon, CA. 94583
13
    Jeffrey Goodrich
14  Goodrich & Associates
    33 Bon Air Ctr  #335
15  Greenbrae, CA 94904

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Extending Deadlines 08-42426 LK                                2