Entered on Docket
November 09, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: November 06, 2009

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

DAVE M. McGRAW
(State Bar No. 86389)
PATRICK K. McCLELLAN
(State Bar No. 77352)
LAW OFFICES OF
DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597
(925) 944-0206

Attorneys for Movant
WACHOVIA MORTGAGE, FSB
fka: World Savings Bank, FSB, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GREGORY F. GRIFFIN,<br>aka: Greg Griffin<br><br><br><br>Debtors. | Case No. 08-42426<br>Chapter 7<br>R.S. No. DMM-13710<br><br>ORDER TERMINATING<br>AUTOMATIC STAY<br><br>Date: October 30, 2009<br>Time: 11:00 a.m.<br>Judge: Leslie J. Tchaikovsky<br>Ctrm: 201<br>Place: U.S. Bankruptcy Court<br>       1300 Clay Street, Oakland, CA |

The motion of WACHOVIA MORTGAGE, FSB ("Movant"), for relief from the automatic stay came on regularly for hearing on October 30, 2009, before the Honorable LESLIE J. TCHAIKOVSKY.

Movant appeared through counsel, DAVE M. McGRAW, of the LAW OFFICES OF DAVE M. McGRAW. Debtor failed to appear either personally or through counsel, C. RANDALL BUPP of BARDELLINI, STRAW, CAVIN AND BUPP. The Trustee, TEVIS THOMPSON, was duly served but failed to appear or file any responsive pleading.

C:\ORDERS\GRIFFIN\OTS/LMND

The Court, having duly considered the papers and pleadings on file herein, and being fully advised therein and finding good cause therefor;

IT IS ORDERED that as to the real property located in the County of Contra Costa, commonly known as 203 Hawk Court, Alamo, California, and particularly described as follows:

> LOT 16, AS SHOWN ON THE MAP OF SUBDIVISION 8016,
> FILED APRIL 18, 2000, IN BOOK 419 OF MAPS, AT PAGE 17,
> AND AS AMENDED BY CERTIFICATE OF CORRECTION,
> RECORDED JUNE 22, 2000, SERIES NO 2000-131813 AND
> RECORDED JULY 11, 2000, SERIES NO 2000-145298, CONTRA
> COSTA COUNTY RECORDS.

the automatic stay provisions of 11 U.S.C. Section 362 be and hereby are terminated as to Movant only.

IT IS FURTHER ORDERED that Movant is no longer restrained from initiating, proceeding with, and completing its lien enforcement rights under the terms of Movant's Deed of Trust encumbering said real property.

IT IS FURTHER ORDERED that the 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is hereby waived.

*## END OF ORDER.##*

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | (Attorney for Debtor) |
| | C. Randall Bupp, Esq. |
| 4 | Bardellini, Straw, Cavin and Bupp |
| | 2000 Crow Canyon Pl., #330 |
| 5 | San Ramon, CA 94583 |
| 6 | |
| | (Trustee) |
| 7 | Tevis Thompson |
| | PO Box 1110 |
| 8 | Martinez, CA 94553 |
| 9 | |
| | (Debtor) |
| 10 | Gregory F. Griffen |
| | 203 Hawk Court |
| 11 | Alamo, CA 94507 |
| 12 | |
| ... | |
| 28 | |

Case: 08-42426    Doc# 158    Filed: 11/11/09    Entered: 11/11/09 21:35:36    Page 3 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0971-4          User: plenhart            Page 1 of 1              Date Rcvd: Nov 09, 2009
Case: 08-42426                Form ID: pdfeo            Total Noticed: 1

The following entities were noticed by first class mail on Nov 11, 2009.
db           +Gregory F. Griffin,   203 Hawk Court,   Alamo, CA 94507-2252

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2009            Signature:  *Joseph Speetjens*